No. 670. CHARLES W. MORSE, PETITIONER, *v.* THE UNITED STATES. December 6, 1909. Petition for a writ of certiorari

to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Martin W. Littleton* for petitioner. *The Attorney General, The Solicitor General* and *Mr. H. L. Stimson* for respondent.